# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CIDNY LIZBETH ZAMUDIO RIVERA,<br><br>Defendant | Case No.: 25-CR-04466-H<br><br>**JUDGMENT AND ORDER OF DISMISSAL GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED: January 5, 2026

_____
HON. MARILYN L. HUFF
United States District Judge